IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2017 JAN 11  PM 1:48
DEPUTY CLERK

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. 1-17CR-005-0 |
| RAUL RODRIGUEZ-MARTINEZ | H 17-0034M |

United States Courts
Southern District of Texas
FILED
*January 17, 2017*
David J. Bradley, Clerk of Court

INDICTMENT

The Grand Jury charges:

Count One
Illegal Re-Entry After Deportation
(Violation of 8 U.S.C. § 1326; and 6 U.S.C. §§ 202(3), 202(4) and 557)

On or about February 8, 2015, in the Abilene Division of the Northern District of Texas, and elsewhere, **Raul Rodriguez-Martinez**, defendant, an alien, knowingly entered, attempted to enter, and was found in the United States of America after having been denied admission, excluded, deported, and removed therefrom at and near the Port of Departure at Del Rio, Texas, on or about November 7, 2013, and not having received the express consent of the Attorney General of the United States and the Secretary of Homeland Security to apply for readmission to the United States since the time of his previous denial of admission, exclusion, deportation, and removal therefrom.

In violation of Title 8, United States Code, Section 1326; and Title 6, United States Code, Sections 202(3), 202(4) and 557.

**Raul Rodriguez-Martinez**
Indictment – Page 1

A TRUE BILL:

_____
FOREPERSON

JOHN R. PARKER
UNITED STATES ATTORNEY

_____
RUSSELL H. LORFING
Assistant United States Attorney
Washington, D.C. Bar No. 1019573
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone:   806.472.7351
Facsimile:    806.472.7394
E-mail:         russell.lorfing@usdoj.gov

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

THE UNITED STATES OF AMERICA

v.

RAUL RODRIGUEZ-MARTINEZ

INDICTMENT

8 U.S.C. § 1326; and 6 U.S.C. §§ 202(3), 202(4) and 557
Illegal Re-Entry After Deportation

(1 COUNT)

A true bill rendered:

Lubbock _____ Foreperson

Filed in open court this 11th day of January, A.D. 2017.

_____ Clerk

__X__ Defendant in federal custody (Pending Criminal Complaint 1-17-MJ-0002)

_____
UNITED STATES MAGISTRATE JUDGE

AO 442 (Rev. 5/85) Warrant for Arrest

# United States District Court

| NORTHERN | DISTRICT OF | TEXAS |
|---|---|---|
| | Abilene Division | |

UNITED STATES OF AMERICA
V.
RODRIGUEZ-Martinez, Raul

**WARRANT FOR ARREST**

CASE NUMBER: 1-17MJ-0009

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  **RODRIGUEZ-Martinez, Raul**
_____
Name

and bring him or her forthwith to the nearest magistrate to answer a (n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him with illegal re-entry into the United States.

violation of Title ___8___ United States Code, Section(s)  __1326 & 6 USC Section 202(3)(4) & 557__

| E. Scott Frost | United States Magistrate Judge |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ signature | January 6, 2017    Abilene, Texas |
| Signature of Issuing Officer | Date and Location |

_____
(By) Deputy Clerk

Bail fixed at $ _____  by _____
                                  Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at Abilene, Texas. |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| January 6, 2017 | Orlando Alvarez<br>Deportation Officer | /s/ signature |
| DATE OF ARREST<br>January 6, 2017 | | |